# EXHIBIT B

CILYA WEINBERGER IRREVOCABLE LIFE INS TRUST

0000420001

1-2/210

DATE 8|25|09

PAY TO THE ORDER OF _Lincoln Financial Group_    $ 135,000°°

One hundred & thirty-five thousand    DOLLARS

**CHASE** ◯    JPMorgan Chase Bank, N.A.
New York, New York 10017

MEMO JJ7037168

⑆000042000⑆ ⑈ Redacted 002⑉ ⑈Redacted 3 28 2⑉

Cilya Weinberger ILIT #1
Carl Caller Trustee

1005
01-1357/280

DATE 3/28/11

PAY TO THE ORDER OF _____ Lincoln Financial Group _____ $ 52,000

Fifty. two thousand _____ DOLLARS

SIGNATURE BANK
Private Client Group 423
26 Court Street Brooklyn, NY 11242

FOR J57037168 - Cilya Weinberger

Redacted

⑈001005⑈ ⑈026013576⑈ 0884⑈



2034
01-1357/290

DATE August 25th 2011

PAY TO THE ORDER OF ___ Lincoln Financial Group ___ $ 28,075 75/100

Twenty Eight thousand & Seventy-five ———— DOLLARS

SIGNATURE BANK
Private Client Group 423
26 Court Street Brooklyn, NY 11242    JJ7037168

FOR Cilya Weisberger 2L|T4|

⑈00 2034⑈ ⑆02601 3576⑆   Redacted  153 11⑈

2048
01-1857/280

J57037168

DATE 9/28/2011

PAY TO THE ORDER OF  Lincoln Financial Group                    $ 56,000 —

Fifty Six thousand —                                    DOLLARS

SIGNATURE BANK
Private Client Group 423
26 Court Street Brooklyn, NY 11242

FOR  Cilya Weinberg  Policy# JJ7037168

Redacted  1531

⑈002048⑈  ⑆026013576⑆

2103

D1-1357/280

DATE 1/25/12

PAY TO THE ORDER OF _Lincoln Financial Group_ $ 45025

_forty-five thousand + twenty-five_ ———— DOLLARS

SIGNATURE BANK
Private Client Group 425
26 Court Street Brooklyn, NY 11242

FOR _City Weinberger_ ~ JJ 7037168

Redacted

⑈002103⑈ ⑈026013576⑈   1531⑈

2067

01-1357/290

DATE 2/22/12

PAY TO THE ORDER OF  Lincoln Phoenix Gp                    $ 73007

Seventy-three thousand & Ten ———————— DOLLARS

SIGNATURE BANK
Private Client Group 423
26 Court Street Brooklyn, NY 11242

FOR Cilya Weraberger JJ 7037168

⑆002067⑆ ⑉026013578⑉ Redacted 1531⑈

2077
01-1957/260

DATE 1/05/12

PAY TO THE ORDER OF — Lincoln Financial Group

$ 73,900

Seventy three thousand & nine hundred — DOLLARS

SIGNATURE BANK
Private Client Group 423
26 Court Street Brooklyn, NY 11242

FOR Gilya Wernberger - JJ703 7168

#002077# #026013576# Redacted 153 &#

2092

01-1327/390

DATE 9/27/12

PAY TO THE ORDER OF Lincoln Financing Group | $45/00 =8

forty. five thousand o one hundred                  DOLLARS

SIGNATURE BANK
Private Client Group 423
26 Court Street Brooklyn, NY 11242

FOR Cilys Weinberger JJ 7037168

⑈⑈002092⑈⑈  ⑈⑈026013576⑈⑈  Redacted  1531⑈⑈

Cilya Weinberger ILIT #1

2097

01-1357/380

DATE 11/26/12

PAY TO THE ORDER OF ___Lincoln National Life Insurance Co.___ $ 78,000⁰⁰

Seventy-eight thousand — ⁰⁰ _____ DOLLARS

SIGNATURE BANK
Private Client Group 423
26 Court Street Brooklyn, NY 11242  JJ 703 7168

FOR _Policy # JJ 703 7168_    Redacted   ⎯5311⎯

⑈002097⑈ ⑆026013576⑈

2124

01-1387/260

DATE 1/24/2013

PAY TO THE ORDER OF _Lincoln National Life Insurance Company_  $ 47,000

Forty Seven thousand _____ DOLLARS

SIGNATURE BANK
Private Client Group 423
26 Court Street Brooklyn, NY 11242

Gilya Wrenberger Irr. Life Ins. Trust #1

FOR policy # JJ 7037168                    Redacted 1531

⑆002124⑆ ⑆026013576⑆ 1531

## *JPL GSO Claims (257951)*

## *Remittance Notice*

### *Wire*

RNID 130830-1000-1496-0001-C1

Bank Deposit Acct 3750011427

Processed Date/Time Aug 30, 2013  3:23 pm

Received Date Aug 30, 2013

Processer rsreyno

Site GSO

Policy Number **JJ7037168**

EFT Id (UU04)

Remittance Notice Total **$76,500.00**

Page Total $76,500.00

**Misc Info**

**Comments:**

### Wire Detail

| | | | |
|---|---|---|---|
| Amount: | 76500.00 | Value Date: | Aug 30, 2013 |
| Account Code: | Redacted | Loaded Date: | 08/30/13 14:34:00 |
| Account Number: | Redacte 1427 | Federal Reference Number. | 000000 |
| Originator: | ALPHA BETA OMEGA COR | Sequence Number: | 10126505 |
| Bank Name: | Bank of America NT&SA | Bank Code: | BA |

### Description

WIRE TYPE:WIRE IN DATE:083013 TIME:1415 ET,TRN:2013083000293346 SNDR REF:0499,SERVICE REF:20130830B697261F000849,RELATED REF:,ORIG:ALPHA BETA OMEGA CORP C/OSEGAL 4720 PINETREE DR. #15,MIAMI BEACH FL 33140 ID:1501701234,ORG BK: ID:,INSBK: ID:,SND BK:SIGNATURE BANK ID:026013576,BNF:LINCOLN NATIONAL 100 N GREENE STREET GREENSBORO NC,27401 ID:003750011427,BNF BK: ID:,PAYMENT DETAILS:,FOR: POLICY #JJ7037168 - CILYA WIEN,BERGER ILIT #1

Comment:          76500.00

### Cash Receipts Remittance Notice Journal Entry:

| BusU | BC | Account | CostCt: | Prod | Reins | Affilia | Description | Amount | Doc Ref | | Policy Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20100 | C | Redacte |  |  |  |  | 130830-1000-1496-0001-C1 | -76,500.00 | 130830 | CR | JJ7037168 |
| 20100 | C | Redacte |  | 103120 |  |  | 3750011427 | 76,500.00 | 130830 | DR |  |

**Business Unit coder ID** _____     **Batch ID** _____

| BusU | BC | Account | CostCt: | Prod | Reins | Affilia | Description | Amount | Doc Ref | | Policy Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |

**CILYA WEINBERGER IRREVOCABLE LIFE INS TRUST**

0000420002

1-2/210

DATE 8/25/09

AY TO THE
ORDER OF _____ Lincoln Financial Group _____ $ 135,000

One hundred + thirty. five thousand _____ DOLLARS

**CHASE ◯** JPMorgan Chase Bank, N.A.
Now York, New York 10017

MEMO J5 7037250

⑈00004 2000 2⑈  ⑆Redacted 002 ⑆⑆  7 58068 28 2⑈

1006
01-1357/280

Cilya Weinberger ILIT #2
Carl Caller Trustee

DATE 3/28/11

PAY
TO THE
ORDER OF   Lincoln Financial Group                    $ 52,200*

fifty-two thousand & two hundred —————— DOLLARS

SIGNATURE BANK
Private Client Group 423
26 Court Street Brooklyn, NY 11242

FOR  JJ7037250  Cilya Weinberger

⑆00 1006⑈ ⑈026013576⑉  Redacted  0884⑈



2035
01-1357/260

DATE August 25, 2011

PAY TO THE ORDER OF  Lincoln Financial Group                    $ 28,100 ⁰⁰

twenty - eight thousand & one hundred _____ DOLLARS

SIGNATURE BANK
Private Client Group 423
26 Court Street Brooklyn, NY 11242

JJ7037250

FOR Cilya Weinberger FLIT #2

⑈002035⑈ ⑇026013576⑇  Redacted  1531⑈

2047
01-1357/260

JJ 7037250

DATE 9/28/2011

PAY TO THE ORDER OF _Lincoln Financial Group_ $ 56,00.⁷⁄₂

Fifty Six thousand ⁵⁄₂ _____ DOLLARS

SIGNATURE BANK
Private Client Group 423
28 Court Street Brooklyn, NY 11242
Cilya Weinberger Pvc: Life Insurance Thirty
FOR Cilya Weinberger policy # JJ 7037250 ²⁄₂

⑈002047⑈ ⑆026013576⑆  Redacted  1531⑈





2066
01-1357/260

DATE 2/22/12

PAY TO THE ORDER OF Lincoln Financial Group        $73,000

Seventy - three thous _____ DOLLARS

SIGNATURE BANK
Private Client Group 423
26 Court Street Brooklyn, NY 11242

FOR Olga Weinberg   JJ7037250

⑊002066⑊ ⑊026013576⑊ Redacted 153 ⑊

2076

01-1357/260

DATE 4/25/12

PAY TO THE ORDER OF _____ Lincoln Financial Group LLc _____ | $74,000°°

Seventy four thousand _____ DOLLARS

SIGNATURE BANK
Private Client Group 423
26 Court Street Brooklyn, NY 11242

FOR Crlya Weinberger - JJ7037250

⑆002076⑆ ⑆026013576⑆  Redacted   1531⑆



2093

01-1357/280

DATE 9/27/12

PAY TO THE ORDER OF  Lincoln Financing Group     $ 45200*

forty five thousand & two hundred — DOLLARS

SIGNATURE BANK
Private Client Group 423
26 Court Street Brooklyn, NY 11242

FOR  City Weinberger  JS 7037350

Redacted

⑆002093⑆ ⑈026013576⑈ 1531⑆

Cilya Wienberger Forevorable
ILIT

2098
01-1357/260

DATE 11/26/12

PAY TO THE ORDER OF __Lincoln Life Insurance Co__    $ 78,100.00

Seventy eight thousand one hundred _____ DOLLARS

**SIGNATURE BANK**
Private Client Group 423
26 Court Street Brooklyn, NY 11242

FOR __Policy # JJ 703 7250__

Herman Segal

⑈002098⑈ ⑈026013576⑈   Redacted   ⑈53⑈

2125

01-1357/260

DATE 1/24/2013

PAY TO THE ORDER OF _Lincoln National Life Insurance Company_    $ 47,000

_Forty Seven thousand_    **DOLLARS**

SIGNATURE BANK
Private Client Group 423
26 Court Street Brooklyn, NY 11242

Cilya Wienberger Fr. Life Ins. Trust #2

FOR _Policy # JJ 7037250_

⑈0021254⑈  ⑈026013576⑈  Redacted  1534⑈

# JPL GSO Claims (257951)

## Remittance Notice

## Wire

| | |
|---|---|
| RNID 130830-1000-1495-0001-CI | Policy Number  JJ7037250 |
| Bank Deposit Acct 3750011427 | EFT Id (UU04) |
| Processed Date/Time Aug 30, 2013  3:23 pm | Remittance Notice Total  **$77,000.00** |
| Received Date Aug 30, 2013 | Page Total  $77,000.00 |
| Processor rsreyno | **Misc Info** |
| Site GSO | |

**Comments:**

### Wire Detail

| | | | |
|---|---|---|---|
| Amount: | 77000.00 | Value Date: | Aug 30, 2013 |
| Account Code: | Redacted | Loaded Date: | 08/30/13 14:34:00 |
| Account Number: | Redacted 1427 | Federal Reference Number: | 000000 |
| Originator: | ALPHA BETA OMEGA COR | Sequence Number: | 10126504 |
| Bank Name: | Bank of America NT&SA | Bank Code: | BA |

### Description

WIRE TYPE:WIRE IN DATE:083013 TIME:1415 ET,TRN:2013083000293319 SNDR REF:D492,SERVICE REF:20130830B6B7261F000848,RELATED REF:,ORIG:ALPHA BETA OMEGA CORP C/OSEGAL 4720 PINETREE DR, #15,MIAMI BEACH FL 33140 ID:1501701234,ORG BK: ID:,INSBK: ID:,SND BK:SIGNATURE BANK ID:026013576,BNF:LINCOLN NATIONAL 100 N GREENE STREET GREENSBORO NC,27401 ID:003750011427,BNF BK: ID:,PAYMENT DETAILS:,FOR: POLICY#JJ7037250 - CILYA WIEN,BERGER ILIT #2

Comment:          77000.00

### Cash Receipts Remittance Notice Journal Entry:

| BusU | BC | Account | CostCtr | Prod | Reins | Affilia | Description | Amount | Doc Ref | | Policy Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20100 | C | Redacte | | | | | 130830-1000-1495-0001-C1 | -77,000.00 | 130830 | CR | JJ7037250 |
| 20100 | C | Redacted | | 103120 | . | | 3750011427 | 77,000.00 | 130830 | DR | |

### Business Unit coder ID _____        Batch ID _____

| BusU | BC | Account | CostCtr | Prod | Reins | Affilia | Description | Amount | Doc Ref | Policy Number |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |