# EXHIBIT C

**From:** Herman Segal [mailto:segalherman@gmail.com]
**Sent:** Monday, July 28, 2014 11:35 AM
**To:** Joel Wertzberger
**Subject:** Fwd: Cilya Weinberger - JJ7037168

Joel,

Do u have an interest, or know someone who would have an interest, in the following?

Heshy

> I have two $10M Policies on the late Cilya Weinberger that Lincoln claims I lapsed in October of 2013 by missing a payment. I hired an Actuarial Firm & I'm contesting Lincoln's claim. The Actuarial Company has a lot of experience and is telling me that I have a 40 to 50% shot of winning without a Lawsuit, and a 65% chance of winning if I follow through with a lawsuit.

1

Here is the paperwork; I hope that B'ezras Hashem, we will be successful without resorting to starting a lawsuit. Regardless, we hope to get more information, co-operation and damaging admissions from Lincoln by starting the intercourse with them via the actuarial route.
As I need funds for the actuaries and legal consultations even before filing a lawsuit, and because someone else's Mazel may be beneficial as well; here is my proposal:

Amount I need is $50,000, but I don't need it from a single source.
In order to avoid Ribis issues; your risk would be 10%; If I lose everything you would only get back 90% of your investment (if I get nothing from Lincoln).

If I'm successful in getting Lincoln to pay the $20M death benefit, the investor gets the return of his investment plus 500% of his investment. If we come to some settlement of less than the full $20M, then the investor would get the return of his investment, plus 400% of his investment. If we get back only the premiums paid in ($4M), the investor would get the return of his investment, plus 300% of his investment.

Call me with any Q's
Heshy


Begin forwarded message:

>**From:** "Chaim Muskat" <cmuskat@StarFinanceGroup.com>
>**Date:** June 24, 2014 at 9:39:11 PM EDT
>**To:** "'Herman Segal'" <segalherman@gmail.com>, <williamjsegal@gmail.com>
>**Subject: FW: Cilya Weinberger - JJ7037168**
>**Reply-To:** <cmuskat@StarFinanceGroup.com>
>
>OK, the die has been cast. The fedex to the president of LN went out already, and the emails below are going out Friday.
>
>let's daven hard. kol tuv

2